**SANER-RAGLEY LUMBER CO. et al. v. SPIVEY et al. (No. 767.)***

(Court of Civil Appeals of Texas. Beaumont. July 14, 1923. Rehearing Denied Oct. 10, 1923.)

**Appeal and error ⬢⇒790(2)—Where appellate court has reversed judgment and remanded cause it will dismiss appeal in another suit attacking such reversed judgment.**

Where the judgment attacked by the present suit is reversed by the appellate court, and the cause remanded to the district court, there is nothing further that can be accomplished by the judgment of the appellate court sustaining or reversing the judgment in the present suit, and hence the appeal in the present suit will be dismissed.

Appeal from District Court, Polk County; J. L. Manry, Judge.

Suit by the Saner-Ragley Lumber Company and another against J. C. Spivey and others. From an order sustaining a plea in abatement, plaintiffs appeal. Appeal dismissed, with cost to defendants.

See, also, 255 S. W. 193.

P. R. Rowe, of Livingston, and Dean & Humphrey, of Huntsville, for appellants.

Feagin, German & Feagin, of Livingston, Smith & Crawford and O. S. Parker, all of Beaumont, for appellees.

HIGHTOWER, C. J. This was a suit in equity, filed by the appellants, as the plaintiffs, against J. C. Spivey and others, as the defendants, in the district court of Polk county to have reviewed, canceled, and annulled a judgment, which had been rendered by that court in favor of the defendants and against the plaintiffs for $75,000.

Defendants in due time interposed a plea in abatement, which the court sustained, and plaintiffs prosecuted this appeal.

The judgment attacked by the present suit was, by order of this court on June 21, 1923, reversed, and the cause remanded to the district court of Polk county. 255 S. W. 193. There is, therefore, nothing further that could be accomplished by judgment of this court sustaining or reversing the judgment in this cause. It is ordered that the appeal be dismissed at appellants' cost.